## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT
## WESTERN DIVISION

| | |
|---|---|
| **In the Matter of:** | } |
| | } Case No. 08-73921 |
| MELISSA M. WEISPHAL, | } |
| | } Chapter 13 |
| | } |
| **Debtor(s)** | } Judge Barbosa |

### Notice of Motion and Proof of Service

Please take notice that on November 16, 2012 at 9:00 a.m., I shall appear in the U.S. Bankruptcy Court for the Northern District, Western Division at the U.S. Courthouse, 327 South Church Street, Courtroom 3100 Rockford, IL 61101 before the Honorable Judge Barbosa and then and there present the following motion:

### OBJECTION TO CREDITOR'S RESPONSE TO TRUSTEE'S NOTICE OF CURE

At which time you may appear if you so desire.

*Amy Beckmann*
Attorney for Debtor:

### Proof of Service

The undersigned certifies that copy of the foregoing was sent to each party of interest by enclosing a true copy thereof, addressed as indicated on the attached service list, to the Debtor by mail, and to the trustee by electronic notice on Friday, October 19, 2012.

*Megha Bolte*

Brian A. Hart Law Offices, P.C.
1410 N. Main St.
Rockford, IL 61103
(815) 964-4278
Fax (815) 964-4280

## Service List

Pierce and Associates, P.C.
1 North Dearborn Street, Suite 1300
Chicago, IL 60602


Melissa M. Weisphal
1958 Sawyer Road
Belvidere, IL 61008


Liberty Savings Bank
Bankruptcy Department
2251 Rombach Avenue
Wilmington, OH 45177


Trustee Lydia Meyer
P.O. Box 14127
Rockford, IL 61105

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 13 |
| | ) | |
| MELISSA M. WEISPHAL, | ) | Case No. 08-73921 |
| | ) | |
| Debtor. | ) | Judge Barbosa |

OBJECTION TO CREDITOR'S RESPONSE TO TRUSTEE'S NOTICE OF CURE

NOW COMES debtor, Melissa M. Weisphal, by and through their attorney, Brian A. Hart Law Offices, P.C., and object to the Creditor's Response to the Trustee's Notice of Cure, and in support thereof state as follows:

1) Debtor filed for relief under Chapter 13 of the Bankruptcy Code on December 2, 2008.
2) Debtor had a pre-petition mortgage arrearage to Liberty Savings Bank that was paid through the Plan.
3) On September 27, 2012, the Trustee filed a Notice of Cure of All Pre-Petition Mortgage Obligation pursuant to Rule 3002.1.
4) On October 10, 2012, the creditor, Liberty Savings Bank, filed a response alleging that Debtor was in default and owed the September 2012 and October 2012 mortgage payment for a total of $3,463.64.
5) Debtor paid the September mortgage payment. Attached as Exhibit A is a copy of the check for the September mortgage payment, which was cashed by the mortgage company on September 18, 2012.
6) Debtor mailed the October mortgage payment on October 4, 2012. Attached as Exhibit B is a copy of the check for the October mortgage payment, which was cashed by the mortgage company on October 17, 2012.
7) Debtor believes she is contractually current with the mortgage.

WHEREFORE, the Debtor prays that this Court enter an Order striking the Creditor's Response to the Trustee's Notice of Cure.

Respectfully Submitted,

*/s/ Amy Beckmann*
Attorney for the Debtors

Brian A. Hart Law Offices
1410 N. Main St.
Rockford, IL 61103
(815) 964-4278
(815) 964-4280 (fax)