UNITED STATES BANKRUPTCY COURT
Western District of Illinois

IN RE:                                           CHAPTER 13

MELISSA M. WEISPHAL                              CASE NO. 08-73921


## NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:**    Lakeview Loan Servicing, LLC         **Court claim #: 2**

**Last four digits** of any number used to identify the debtor's account: 5546

| *Final Cure Amount* | |
|---|---|
| Amount of Prepetition Arrears | $17,922.97 (Per Creditor's Proof of Claim) |
| | +    250.00 (Per allowed Cost of Collection) |
| Total | $18,172.97 |
| | |
| Amount Paid by Trustee | $18,172.97 |

| *Monthly ongoing Mortgage Payment* |
|---|
| Mortgage is paid: |
| ☐    Thru the Chapter 13 Plan            ☒    Direct by Debtor(s) |

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).


Dated:   2/5/2014                         /s/Lydia S. Meyer
                                          Lydia S. Meyer, Trustee
                                          308 W. State St., Suite 212
                                          Rockford, IL  61101

                          Certificate of Service
     I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 5th Day of February, 2014.

Dated:   2/5/2014                         /s/Cynthia K. Burnard

LAKEVIEW LOAN SERVICING, LLC
425 PHILLIPS BOULEVARD
EWING, NJ 08618

LIBERTY SAVINGS BANK, FSB
ATTN: CUSTOMER SERVICE
PO BOX 1000
WILMINGTON, OH  45177

PIERCE AND ASSOCIATES, PC
1 NORTH DEARBORN, SUITE 1300
CHICAGO, IL  60602

MELISSA M. WEISHPAL
3442 E. NUGGET CANYON
TUCSON, AZ  85718

ATTORNEY BRIAN A. HART
1410 N. MAIN STREET
ROCKFORD, IL  61103